WR-76,979-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/1/2015 2:37:09 PM
Accepted 9/1/2015 3:09:59 PM
ABEL ACOSTA
CLERK

In the Court of Criminal Appeals of Texas

CAUSE NO. No. 64,862-A
Transferred from 264th District
Court of Bell County

RECEIVED
COURT OF CRIMINAL APPEALS
9/1/2015
ABEL ACOSTA, CLERK

EXPARTE § IN THE 264TH JUDICIAL

§

§ DISTRICT COURT OF

§

JORGE MENDOZA, JR. § BELL COUNTY, TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ADVISORY TO THE COURT OF CRIMINAL APPEALS THAT APPELLANT HAS FILED THE FOLLOWING IN THE DISTRICT COURT OF BELL COUNTY AND REQUEST TO TAKE JUDICIAL NOTICE TEX.R.EVID.201**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COUNSEL'S MOTION FOR A NEW TRIAL ON
THE SPECIAL HEARING HELD BY TELEPHONE**

TO THE HONORABLE JUDGE OF THE COURT OF CRIMINAL APPEALS OF TEXAS:

1. Appellant advises the Court of Criminal Appeals of Texas that he has filed the following in the District Court of Bell County:

COUNSEL'S MOTION FOR A NEW TRIAL ON
THE SPECIAL HEARING HELD BY TELEPHONE.

2. A true copy of COUNSEL'S MOTION FOR A NEW TRIAL ON

THE SPECIAL HEARING HELD BY TELEPHONE is attached to this Advisory.

Mr. Warner knows that it is a true copy because he prepared it in his office.

3. The Court of Criminal Appeals of Texas is requested to take judicial notice of COUNSEL'S MOTION FOR A NEW TRIAL ON THE SPECIAL HEARING HELD BY TELEPHONE

## CONCLUSION AND REQUEST FOR RELIEF

1. The Court of Criminal Appeals of Texas is requested to take judicial notice of **COUNSEL'S MOTION FOR A NEW TRIAL ON THE SPECIAL HEARING HELD BY TELEPHONE**

2. The Court of Criminal Appeals of Texas is requested to accept counsel's representation that **COUNSEL'S MOTION FOR A NEW TRIAL ON THE SPECIAL HEARING HELD BY TELEPHONE** has been mailed to Bell County District Clerk for filling on August 20, 2015 and have not been heard or determined as of September 1, 2015.

Respectfully submitted
SEPTEMBER 1, 2015

By

Larry Warner,
Attorney at Law
3109 Banyan Drive
Harlingen, Texas 78550
Office: 956-230-0361

Facsimile: 1-866-408-1968
Email: office@larrywarner.com
State Bar of Tx 20871500;
USDC, SDTX 1230(1981)
Board Certified, Criminal Law,
Texas Board Legal Specialization(1983)
Member of the Bar of the
Supreme Court of the United States(1984)

In the Court of Criminal Appeals of Texas

CAUSE NO. No. 64,862-A
Transferred from 264th District
Court of Bell County

| EXPARTE | § | IN THE 264TH JUDICIAL |
|---|---|---|
| | § | |
| | § | DISTRICT COURT OF |
| | § | |
| JORGE MENDOZA, JR. | § | BELL COUNTY, TEXAS |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **ADVISORY TO THE COURT OF CRIMINAL  APPEALS THAT APPELLANT HAS FILED THE FOLLOWING IN THE DISTRICT COURT OF BELL COUNTY AND REQUEST TO TAKE JUDICIAL NOTICE TEX.R.EVID.201** was mail on September 1, 2015 to counsel and Bell County District Clerk:

Sean K. Proctor, ADA, 1201 Huey Rd., Suite 2100, Belton, Texas 76513
Phone: 254-933-5215. Facsimile: 254-933-5238. E-mail: Sean.Proctor@co.bell.txus

Bell County District Clerk, Joanna Staton, 1201 Huey Dr., Belton, Texas 76513

Respectfully submitted
August, 20, 2015

By

Larry Warner
Attorney at Law

3109 Banyan Drive
Harlingen, Texas 78550
Office: 956-230-0361
Facsimile: 1-866-408-1968
Email: office@larrywarner.com
State Bar of Tx 20871500;
USDC, SDTX 1230(1981)
Board Certified, Criminal Law,
Texas Board Legal Specialization(1983)
Member of the Bar of the
Supreme Court of the United States(1984)